SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
ZHANGHUI FANG,

                Plaintiff,

-against-

MCCHESNEY EMANUEL,

                Defendant,
---------------------------------------------------------------X

Index No. 651167/2017

**JUDGMENT**

A motion for summary judgment in lieu of Complaint against defendant MCCHESNEY EMANUEL having been duly heard before the Honorable Melissa Ann Crane, Justice at this courthouse, and the Court, upon the receipt and examination of plaintiff counsel's Affirmation in Support of Motion along with various exhibits in support and no opposition from defendant despite his appearance for the hearing, , on March 6, 2019 and May 6, 2019, rendered a decision in favor of the plaintiff Zhanghui Fang against the defendant McChesney Emanuel in the amount of $100,000.00 with interest 16% for the period from November 27, 2012, through the date the Clerk enters the Judgment, together with the costs, disbursements, and expenses of the action.

Now, upon motion of Yuan Zheng & Associates, LLC., attorneys for the plaintiff herein, it is adjudged that the plaintiff, Zhanghui Fang residing at 127 Garth Rd, #3E, Scarsdale, NY 10583, does recover of defendant McChesney Emanuel residing at 12 Exeter Circle, Beacon, NY 12508, in the sum of $100,000.00 with interests at a rate of 16% per year from November 27, 2012 in the amount of $ _103,232.88_ together with costs and disbursements amounting to $~~575~~ _475.68_, all adding up to the sum of $ _203,708.6_ as taxed by the Clerk of the Court and inserted herein, and that the plaintiff shall have execution therefore.

ENTER,

**FILED**

MAY 10 2019

**COUNTY CLERK'S OFFICE
NEW YORK**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X   Index No. 651167/2017
ZHANGHUI FANG,
            Plaintiff,
    -against-   STATEMENT OF COST

MCCHESNEY EMANUEL,
            Defendant,
----------------------------------------X

| | |
|---|---|
| Amount claimed in Summons and Complaint | $100,000.00 |
| Interest from November 27, 2012 | ~~$103,233.00~~ 103,232.88 |
| Subtotal | ~~$203,233.00~~ 203,232.88 |
| Costs by Statute before NOI filed | $ 200.00 |
| Filing of Summons & Complaint | $ 210.00 |
| Service of Summons & Complaint | $ ~~65.00~~ 32.12 |
| Prospective Execution Fee | $ ~~100.00~~ 33.56 |
| Total | ~~$203,808.00~~ 203,708.56 |

### ATTORNEY'S AFFIRMATION

I, ZIXIAN QI, an attorney duly admitted to the practice of law in the State of New York, pursuant to C.P.L.R. §2106 and under the penalties of perjury affirms as follows:

That I am an Associate of the law firm of YUAN ZHENG & ASSOCIATES, LLC, the attorneys of record for Plaintiff in the above captioned action; that the foregoing disbursements have been and will necessarily be incurred in this action and are reasonable in amount and that the copies of the documents and papers as charged herein were actually and necessarily obtained for use.

Dated: May 10, 2019

By: Zixian Qi

**FILED**
MAY 10 2019
COUNTY CLERK'S OFFICE
NEW YORK

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$ 475.68
MAY 10 2019
CLERK

651/67/2017

Judgment
Attorney for Judgment Creditor
Yuan Zheng + Associates, LLC
13656 39th Ave
Ste 307
Flushing, NY 11354

1-1

**FILED AND DOCKETED**
MAY 10 2019
AT 11:50 AM
N.Y., CO. CLK'S OFFICE