## No Phone    Inbox

 **Mac Emanuel** <mcchesneyemanuel@gmail.com>   Jun 29, 2016, 5:40 PM     

to me

Ben, I left my phone on the train 3 days ago and still trying to get it back. However, as I said in my last email on May 11th, as soon as the sale is final you will receive your money. The buyer happens to be a dentist and requires many approvals to operate from that bundling he will not close until all the town approvals are in place. He is also getting a commercial loan which takes a considerable amount of time. I am anxious to get this done and over with especially to get you your money. I expect to get a closing date any day now.

Regards,
Mac

<span style="color:red">Emanuel made another promise that he never intended to fulfill.</span>

 **Ben Z. Fang** <ben.z.fang@gmail.com>   Jul 12, 2016, 11:14 PM     

to Mac

Mac,

When is the closing? Please let me know...

Do you still have the wiring info to wire the loan payback?

Ben

<span style="color:red">Emanuel just disappeared and ignored all my emails/calls/texts after this day.</span>