**Ben Z. Fang** <ben.z.fang@gmail.com>  Jan 17, 2017, 12:02 PM   
to Mac

Mac,

We have called you three times this morning, and left you Vmail and text message as well. You have NOT responded.

Where are you now? We will wait for you until 4PM today.

Ben

Sent from my iPhone

On 16 Jan 2017, at 10:09 PM, Ben Z. Fang <ben.z.fang@gmail.com> wrote:

> Mac,
>
> Just make sure we are on the same page: you have agreed that tomorrow Jan 17th, the first business day after the holiday weekend, you will send out the wire of $110,000 first thing **tomorrow morning**. Please confirm.
>
> Over the last several years, I have been very generous and kind to you, which you repeatedly agreed was the case.
>
> Since you borrowed the $100,000 in 2012, the loan was due in May 2013, and it has been over-due for more than 3 years. I believe that you are an honorable man and that you will honor your commitment to repay me. I hope that you will pay back the first $110,000 tomorrow Jan 17th, as you promised to me at your house, so you do not force us to take legal action to recover the full amount due plus interest.
>
> Please confirm. Thank you.
>
> Ben Fang
> Cell 6466960799
>
> Sent from my iPhone
>
> On 13 Jan 2017, at 10:52 AM, Mac <mcchesneyemanuel@gmail.com> wrote:
>
>> I am trying to arrange your wire. I did indicate to you that my attorney said the week of January 15th. Given that the the 15th is Sunday the transaction would be processed on the next business day. I am trying to get it done so you don't need to harass me.
>>
>> Sent from my iPhone

**Emanuel kept making false promises and kept lying that US Federal government was holding the fund and requires attorney to release,
But he has all the sales proceeds to himself in his M&T Bank account all the time. See attached bank statements. He defrauded secure note holder so he could move to hide the money in Antigua.**

>> On Jan 13, 2017, at 11:02 AM, Ben Z. Fang <ben.z.fang@gmail.com> wrote:
>>
>>> Mac,
>>>
>>> Please let me know what time you will be at the bank... We are about to leave and come to your place.
>>>
>>> Ben
>>>
>>> Sent from my iPhone
>>>
>>> On 13 Jan 2017, at 9:46 AM, Ben Z. Fang <ben.z.fang@gmail.com> wrote:
>>>
>>>> Dear Mac,
>>>>
>>>> Here is the Wiring instruction.
>>>> Bank name: Citibank
>>>> Bank Routing number: 021000089
>>>> Account name: Zhanghui Fang
>>>> Account number: ▇▇▇▇6240

Amount: $110,000

Please confirm receipt of instruction.

Best,
Ben

Sent from my iPhone

On 13 Jan 2017, at 9:23 AM, Mac <mcchesneyemanuel@gmail.com> wrote:

> There is no need to go to my house, send me your wire Information.
>
> Sent from my iPhone
>
> On Jan 13, 2017, at 10:17 AM, Ben Z. Fang <ben.z.fang@gmail.com> wrote:
>
>> Dear Mac,
>>
>> Following my visit to your house on Jan 1 of 2017, you said the property sale has been closed and you promised me to payback the $110,000 in the first installment on Jan 13 of 2017 (today). This payback is in relation to the $100,000 loan you borrowed from us in Nov of 2012, and has become over-due since May of 2013.
>>
>> We will arrive at your house at 10:30AM today, and then you and I go to the bank together to do the wire transfer of the payback.
>>
>> Please let me know your bank name and address, so we could also meet at the bank. If I do not hear back from you, we will meet you at your house.
>>
>> Best regards,
>> Ben
>>
>> Sent from my iPhone
>>
>> On 29 Jun 2016, at 5:40 PM, Mac Emanuel <mcchesneyemanuel@gmail.com> wrote:
>>
>>> Ben, I left my phone on the train 3 days ago and still trying to get it back. However, as I said in my last email on May 11th, as soon as the sale is final you will receive your money. The buyer happens to be a dentist and requires many approvals to operate from that bundling he will not close until all the town approvals are in place. He is also getting a commercial loan which takes a considerable amount of time. I am anxious to get this done and over with especially to get you your money. I expect to get a closing date any day now.
>>>
>>> Regards,
>>> Mac

**Annotation (in red):** After repeated attempts to call/text/email Emanuel who ignored me from July to Dec, I went to his house to ask him when he would pay me back. He admitted for the first time that property sale was closed, but then lied that IRS was holding the fund. He then cheated and lied he would pay me back on Jan 13, he failed and then changed to Jan 17, and he failed again. After that he disappeared and not responding. The Manhatton court issued judgement ordering him to payback on May 10, 2019.