

**Mac** <mcchesneyemanuel@gmail.com>
to me

<span style="color:red">Emanuel continued to lie in Mar 2017 that IRS was holding the sales proceeds, while in fact in July 2016 he received the full sales proceeds of $240,624.44 in his M&T bank account. See attached Emanuel's M&T Bank statement.</span>

Hi Ben,

I apologize for the broken promises. I stopped responding to you after the money was not available when I was assured it would be. I still have not fully resolved the tax issues, however as difficult as it is for me, I wish to honor my commitment and repay the debt.

I would like to propose a payment plan beginning April 28, 2017 of $3,000.00 monthly. If this is acceptable to you, please have your attorney draft an agreement. Once my tax issues are fully resolved I will do my best to liquidate the loan.

Regards,
Mac
Sent from my iPhone

On Mar 21, 2017, at 6:10 PM, Ben Z. Fang <ben.z.fang@gmail.com> wrote:

> Got it.
>
> Do you intend to pay back under any plan?
>
> Sent from my iPhone
>
> On 20 Mar 2017, at 3:55 PM, Mac Emanuel <mcchesneyemanuel@gmail.com> wrote:
>
>> Hi Ben,
>>
>> I am working on an official response to your attorney.
>>
>> Regards,
>> Mac
>> McChesney G. Emanuel
>> Chez Technologies Inc
>> PO Box 849
>> Beacon, NY 12508
>> Tel: 914-469-2612
>> www.cheztechnologies.com