RECEIVED

FEB - 6 2020

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

**FROM:** Zhanghui Fang, <z_fang98@yahoo.com>

**TO:** Thomas W. Bauer, 42 Catharine St, Poughkeepsie, NY 12601, bauertw@gmail.com, McChesney Emanuel, 12 Exeter Cir, Beacon, NY 12508

**CC:** U.S. Bankruptcy Court, 355 Main Street, Poughkeepsie, NY 12601, Southern District of New York, (Poughkeepsie) Bankruptcy, frances_fredericks@nysb.uscourts.gov, Vanessa_Ashmeade@nysb.uscourts.gov

**Subject:** Request for production of FURTHER documents, related to Petition #: 19-35944-cgm

Dear debtor (Mr. Emanuel) and Mr. Bauer,

*Emanuel never got back on this request for further docs. I have been waiting, and still need to investigate. I need court help to get those docs.*

I have received your email in response to some parts of my request. Thank you! And I still need production of the following documents as requested last time.

The parties (including their bank info and account names and account numbers) that the debtor distributed the sale proceeds to, and how each of the parties relates to the debtor.

Just to help, if any of the parties' bank account info is not available (eg. via check), you can mark " Not Available". For all wired and direct bank transactions, please list the bank info (bank branch, account name and number). And, you need to produce how each party is related to the debtor, line by line.

In addition, based on your initial response, I request for production of further documents in this table.

| Based on your initial response | Request for production of further docs |
|---|---|
| Incoming, Global Bank of Commerce $10,000 | Monthly statements of debtor's account with Global Bank of Commerce from 1/1/2016 to 12/31/2017. |
| Outgoing, Select Portfolio SPS, 11/01/2016, $3,492.50 12/15/2016, $3,492.50 08/03/2019, $3,327.52 09/01/2019, $3,327.52 07/18/2016, $18,585.02 10/4/2016, $3,492.50 | Monthly statements of this account from 1/1/2016 to 12/31/2017. |
| Deposited item returned, outgoing 09/29/2016, $11,350 | Counterpart info (name, bank account info, how it's related to the debtor), and the specifics related to outgoing transaction. |
| Incoming deposit, Poughkeepsie CIT REG salary 12/16/2016, $980.34 7/15/2016, $1,017.29 | Full pay stub for all periods up to the end of 2019. |
| Ian Sweeney, outgoing 7/18/2019, $7,000 | How Ian Sweeney is related to the debtor, and produce relevant doc. |
| Check 0055, $1,000 Check 0381, $7,037.45 Check 0384, $9,000 | All check duplicates, cleared by the bank. |

1/2

| | |
|---|---|
| Check 0367, $9,000<br>Check 0361, $14,000<br>Check 0377, 3,000<br>Check 0365, $11637.80<br>Check 0368, $5,000<br>0370, $5,000<br>0375, $5,000<br>0376, $5,000<br>9562, $5,000<br>0371, $6,872<br>0373, $10,000<br>0377, $3,000<br>0383, $7,300.36<br>0370, $5,000<br>0362, $2,000<br>0365, $11,637.80<br>0338, 2,663.48 | |
| Jacqueline Edwards Sweeney, incoming deposit<br>3/11/2016, $5,000 | What income is this, and how it is related to debtor. |
| Incoming transfer from Paypal<br>12/8/2016, $1,000<br>03/21/2016, $400 and many others | Paypal monthly statements from 1/1/2016 to 12/31/2017. |
| Check account, ▆▆▆▆6216<br>06/06/2016, Outgoing<br>Check account ▆▆▆▆6859<br>10/24/2016, outgoing<br>11/25,2016, outgoing | These two accounts' bank monthly statements from 1/1/2016 to 12/31/2017 |
| Deposit<br>06/06/2016, $7,000<br>06/26/2016, $6,000 | What sources are the $7,000 and $6,000 income, and produce the counterpart bank info. |
| Incoming wire from Emanuel, the debtor's other bank (account # ▆▆▆0866)<br>1/19/2016, $2,475<br>1/26/2016, $375 | Debtor's other bank monthly statements from 1/1/2016 to 12/31/2017. |
| Chez Technologies Inc | Tax return documents for 2016 and 2017. |
| Debtor | Tax return documents for 2016 and 2017. |

Sincerely,

Zhanghui Fang

Phone: 646-696-0799,   Email:  z_fang98@yahoo.com

FROM: Zhanghui Fang, <z_fang98@yahoo.com>

TO: Thomas W. Bauer, 42 Catharine St, Poughkeepsie, NY 12601, bauertw@gmail.com

McChesney Emanuel, 12 Exeter Cir, Beacon, NY 12508,

CC: U.S. Bankruptcy Court, 355 Main Street, Poughkeepsie, NY 12601, Southern District of New York, (Poughkeepsie) Bankruptcy, frances_fredericks@nysb.uscourts.gov,

Vanessa_Ashmeade@nysb.uscourts.gov

1/23/2020

Subject: Request for production of documents, related to Petition #: 19-35944-cgm


Dear debtor (Mr. Emanuel) and Mr. Bauer,


I hereby request the following information and documents.

1) The full set of closing document of the property sale (535 Rte 52, Fishkill, NY), plus the amount and bank account where the debtor received or deposited the sale proceeds.
2) The parties (including their bank info and account names and account numbers) that the debtor distributed the sale proceeds to, and how each of the parties relates to the debtor.
3) The full bank statements of all relevant bank accounts showing how the debtor and related parties distributed the sale proceeds, for 6 months prior to the closing date, and 6 months after the closing date.


Sincerely,

Zhanghui Fang

Phone: 646-696-0799

Email: z_fang98@yahoo.com

1/1